# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3002

_____

Sharee Harrell

*Plaintiff - Appellant*

v.

Andrew Saul, Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: April 21, 2020
Filed: April 24, 2020
[Unpublished]

_____

Before BENTON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Sharee Harrell appeals following the district court's[1] affirmance of a decision denying her disability insurance benefits and supplemental security income. We agree with the district court that substantial evidence in the record as a whole supports the Commissioner's decision. See Swink v. Saul, 931 F.3d 765, 769 (8th Cir. 2019) (de novo review). Specifically, we defer to the ALJ's credibility determination, see id. at 771 (this court will not substitute its opinion for ALJ's, who is in better position to gauge credibility and resolve conflicting evidence); and we find that Harrell did not meet her burden of demonstrating more limitations than those included in the ALJ's residual functional capacity (RFC) determination, see Perks v. Astrue, 687 F.3d 1086, 1092 (8th Cir. 2012) (burden of persuasion to demonstrate RFC and prove disability remains on claimant). The judgment is affirmed.

———————————————

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.